CSD 3015 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Maggie E. Schroedter, Esq. (270377) maggie@theRSfirm.com
Christine M. Fitzgerald, Esq. (259014) christine@theRSfirm.com
ROBBERSON SCHROEDTER LLP
501 W. Broadway, Suite 1250, San Diego, CA 92101
619.353.5691
Attorneys for Defendant Robert Rosenberg

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VEY'S BANDIT, LLC.

Debtor(s)

BANKRUPTCY NO. 22-00294-CL7

CHRISTOPHER R. BARCLAY, Chapter 7 Trustee,

Plaintiff(s)

ADVERSARY NO. 23-90001-CL

v.
STEPHEN CAVADIAS, and individual and as Trustee of
THE CAVADIAS FAMILY 2003 TRUST, et al.

Defendants(s)

## NOTICE OF HEARING AND MOTION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

**You are hereby notified** that on July 3, 2024, at 2:00 p.m, in Department 1, Room 218 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Defendants Robert Rosenberg, Stephen Cavadias, and Vicky Rosenberg Movant, for

Joint Motion for Partial Summary Judgment

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: April 30, 2024

/s/ CHRISTINE M. FITZGERALD
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 3015 [12/01/23]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on  30th  day of  April         ,  20 24, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers:

1) Memorandum of Points and Authorities; 2) Separate Statement of Undisputed Material Facts; 3) Request for Judicial Notice; 4) Declaration of Christine Fitzgerald; 5) Declaration of Karrie Milton

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  April 30, 2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

See Attached Service List

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases assigned to:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On  April 30, 2024 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

N/A

CSD 3015 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  April 30, 2024  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

N/A

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  April 30, 2024         /s/ Maria Simental
            (Date)                  (Typed Name and Signature)

                                    501 W. Broadway, Suite 1250
                                    (Address)

                                    San Diego, CA 92101
                                    (City, State, ZIP Code)

**SERVICE LIST**

Christopher R. Barclay    admin@crb7trustee.com, mlcunanan@crb7trustee.com; QCRBARCLAY2@ecf.axosfs.com

Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com

Jesse S. Finlayson    jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com

Christine M. Fitzgerald    christine@thersfirm.com, maria@thersfirm.com; amy@thersfirm.com

Maggie Schroedter    maggie@thersfirm.com, maria@thersfirm.com, amy@thersfirm.com,4634112420@filings.doc ketbird.com

Dennis J. Wickham    wickham@scmv.com, nazari@scmv.com