JESSE S. FINLAYSON, SBN 179443
jfinlayson@ftrlfirm.com
SCOTT B. LIEBERMAN, SBN 208764
slieberman@ftrlfirm.com
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Attorneys for Plaintiff
Christopher R. Barclay, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VEY'S BANDIT, LLC,<br><br>Debtor. | Case No. 22-00294-CL7<br><br>Chapter 7<br><br>Adv. Proc. No. 23-90001-CL |
| CHRISTOPHER R. BARCLAY,<br>chapter 7 trustee,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CAVADIAS, an individual and as the Trustee of THE CAVADIAS FAMILY 2003 TRUST, *et al.*,<br><br>Defendants. | **STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date:   July 3, 2024<br>Time:  2:00 p.m.<br>Place:  Dept. 5, Room 318<br>           325 West F Street<br>           San Diego, CA 92101<br>Judge: Hon. Christopher B. Latham<br><br>Complaint Filed: January 3, 2023<br>Trial:                  None Set |

Plaintiff Christopher R. Barclay, the chapter 7 trustee for the bankruptcy estate of Vey's Bandit, LLC, and Defendants Stephen Cavadias, Vey's Powersports, Inc., Robert Rosenberg, and Vicky Rosenberg, by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

A. The Trustee filed the Complaint in this adversary proceeding on January 3, 2023. Adv. ECF No. 1.

B. On April 30, 2024, Defendants Stephen Cavadias, Vicky Rosenberg, and Robert Rosenberg filed a Motion for Partial Summary Judgment. Adv. ECF No. 44. In that Motion, Defendants Stephen Cavadias, Vicky Rosenberg, and Robert Rosenberg seek summary judgment on the Trustee's breach of fiduciary duty and negligence claims. The Trustee intends to oppose Defendants' Motion for Partial Summary Judgment.

C. Defendants' Motion for Partial Summary Judgment is scheduled for hearing at 2:00 p.m. on July 3, 2024.

D. Under Local Bankruptcy Rule 9013-6(a)(3), the Trustee's Opposition to Defendants' Motion for Partial Summary Judgment is currently due on or before May 14, 2024.

E. Under Local Bankruptcy Rule 9013-6(c), Defendants' Reply Brief must be filed and served on the earlier of 7 days after service of the Trustee's Opposition or 3 business days before the hearing date.

F. The Trustee's counsel will be out of the office May 9-13, 2024, and has requested an extension of the Trustee's opposition date.

G. Defendant Robert Rosenberg's counsel will be out of the office May 28-June 12, 2024.

H. Based on the foregoing, the Trustee and Defendants have agreed subject to the Court's approval to modify the briefing schedule on Defendants' Motion for Partial Summary Judgment as follows: (a) the Trustee's Opposition shall be filed no

1

later than June 4, 2024; and (b) Defendants Stephen Cavadias, Vicky Rosenberg, and Robert Rosenberg's Reply Brief shall be filed no later than June 18, 2024. The proposed briefing schedule is necessary and appropriate given the significance of the issues raised in Defendants' Motion for Partial Summary Judgment and the travel/vacation schedules of counsel. Under the proposed schedule, all briefing on Defendants' Motion for Partial Summary Judgment will be completed more than two weeks before the scheduled hearing date.

NOW, THEREFORE, the parties stipulate as follows:

## STIPULATION

1. The Trustee's Opposition to Defendants' Motion for Partial Summary Judgment [Adv. ECF No. 44] shall be filed and served on or before June 4, 2024.

2. Defendants Stephen Cavadias, Vicky Rosenberg, and Robert Rosenberg's Reply Brief in response to the Trustee's Opposition to Defendants' Motion for Partial Summary Judgment [Adv. ECF No. 44] shall be filed and served on or before June 18, 2024.

DATED: May 7, 2024

FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By: /s/ Jesse S. Finlayson
    Jesse S. Finlayson

Attorneys for Plaintiff Christopher R. Barclay, Chapter 7 Trustee

DATED: May 7, 2024

SELTZER CAPLAN MCMAHON VITEK
a Law Corporation

By: /s/ Dennis J. Wickham
    Dennis J. Wickham

Attorneys for Defendants Stephen Cavadias, as the Trustee of the Cavadias Family 2003 Trust and Vey's Powersports, Inc.

2


DATED: May 7, 2024                                    ROBBERSON SCHROEDTER LLP


By: ___*/s/ Christine M. Fitzgerald*___
         Christine M. Fitzgerald

Attorneys for Defendants Robert Rosenberg and Vicky Rosenberg

# PROOF OF SERVICE

I, Jesse S. Finlayson, am a resident of the State of California, over the age of 18 years, and not a party to this action. On May 7, 2024, I served ☒ a true copy / ☐ the original of the foregoing document(s) described as:

**STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

___ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

___ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on May 7, 2024.

                                                          */s/ Jesse S.Finlayson*
                                                            Jesse S. Finlayson

*Barclay v. Cavadias*
U.S.B.C. Adv. Case No. 23-90001-CL

### SERVICE LIST

<u>BY NEF</u>

- Christopher R. Barclay    admin@crb7trustee.com, mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Jesse S. Finlayson    jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- Christine M. Fitzgerald    christine@thersfirm.com, maria@thersfirm.com;amy@thersfirm.com
- Maggie Schroedter    maggie@thersfirm.com, maria@thersfirm.com,amy@thersfirm.com,4634112420@filings.docketbird.com
- Dennis J. Wickham    wickham@scmv.com, nazari@scmv.com